IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

IN RE:  SUBPOENA TO HEALTH LAW FIRM

Case No. 4:10-mc-008 BSM

Action Pending in the
United States District Court
Northern District of Mississippi
Case No. 3:09-CV-00060 MPM

## BAPTIST HEALTH'S MOTION FOR ADMISSIONS *PRO HAC VICE*

Baptist Health moves under Local Rule 83.5(d) for the admissions *pro hac vice* of Gordon Davenport III and Theresa A. Andre and, in support, states:

1. Gordon Davenport III is a member in good standing of the bar of the State of Wisconsin and is admitted to the U.S. District Courts for the Eastern and Western Districts of Wisconsin, the U.S. Court of Appeals for the Seventh Circuit, and the U.S. Supreme Court.

2. Theresa A. Andre is a member in good standing of the bar of the State of Wisconsin and is admitted to the U.S. District Courts for the Eastern and Western Districts of Wisconsin and the U.S. Court of Appeals for the Seventh Circuit.

3. Gordon Davenport III and Theresa A. Andre practice at Foley & Lardner LLP, 150 East Gilman Street, Madison, Wisconsin, 53701.  They may be reached by telephone at (608) 257-5035, by facsimile at (608) 258-4235, and by electronic mail at gdavenport@foley.com and tandre@foley.com.

4. Gordon Davenport III and Theresa A. Andre affirm to this Court's local rules and to the jurisdiction of this Court in matters of discipline.

5. Baptist Health has retained Gordon Davenport III and Theresa A. Andre to represent them in this action.

6. Baptist Health has also retained E. B. Chiles IV and Bradley G. Dowler of Quattlebaum, Grooms, Tull & Burrow PLLC, who are residents of Arkansas and admitted to practice before this Court.

WHEREFORE, Baptist Health prays that the Court permit Gordon Davenport III and Theresa A. Andre to appear and participate in this case under Local Rule 84.5(d).

FOLEY & LARDNER LLP
150 East Gilman Street
P. O. Box 1497
Madison, WI  53701-1497
Telephone: (608) 257-5035
Facsimile:  (608) 258-4258
gdavenport@foley.com


By: /s/ Gordon Davenport III (w/permission)
     Gordon Davenport III

     /s/ Theresa A. Andre (w/permission)


QUATTLEBAUM, GROOMS,
  TULL & BURROW PLLC
111 Center Street, Suite 1900
Little Rock, AR  72201
(501) 379-1700
bdowler@qgtb.com


By: /s/ Bradley G. Dowler
     Steven W. Quattlebaum (84127)
     E. B. Chiles IV (96179)
     Bradley G. Dowler (2006177)

*Attorneys for Baptist Health*

**CERTIFICATE OF SERVICE**

      I hereby certify that on May 11, 2010, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to the following:

Harold H. Simpson II
hhsimpson@healthlawfirm.com

                                            /s/ Bradley G. Dowler
                                            Bradley G. Dowler